SYRACUSE, G. & C. RY. CO., Respondent, v. RANDALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by the Syracuse, Geneva & Corning Railway Company against Ceylon Randall and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

SYRACUSE TRUST CO., Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by the Syracuse Trust Company against Margaret E. Kaufman and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., and HISCOCK, J., dissent.

TAYLOR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Sarah M. Taylor, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents (two cases). (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Actions by Clarence Ten Eyck, as receiver, against Leroy and Lucinda Bookman and others.

PER CURIAM. It appearing to the court that Rebecca Gambee, one of the parties hereto, died on or about October 28, 1904, and that no substitution has been made for the purpose of representing the interests, if any, of the estate of said decedent, the hearing of the appeal herein is stayed until such substitution shall have been made.

THAYER, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by James W. Thayer, an infant, etc., against the Utica Knitting Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

THEOBALD v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Zoe Theobald against Catherine Smith and others. No opinion. Motion denied.

THOMAS, Appellant, v. ELECTRIC VEHICLE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Orlando F. Thomas, as receiver of the General Carriage Company, against the Electric Vehicle Company. No opinion. Judgment affirmed, with costs.

THOMPSON, Appellant, v. LAZELL, DALLEY & CO., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by William S. Thompson against Lazell, Dalley & Co. H. Wallis, for appellant. G. H. Fletcher, for respondents. No opinion. Judgment affirmed, with costs.

THOMPSON et al., Appellants, v. WITKOP, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by James S. Thompson and others against Henry Witkop, as treasurer, etc. No opinion. Motion to amend record granted.

THOMPSON et al., Appellants, v. WITKOP, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by James S. Thompson and others against Henry Witkop, as treasurer, etc.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the answer does not contain any general or specific denial in conformity with section 500 of the Code of Civil Procedure, and that, this objection having been seasonably raised on the trial, the court erred in overruling the same and allowing the trial to proceed.

TOWN OF SOUTHOLD, Appellant, v. PARKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by the town of Southold against Francis B. Parks and others.

PER CURIAM. Judgment affirmed, with costs, on the opinion of Mr. Justice Wilmot M. Smith at Trial Term. 84 N. Y. Supp. 1078.

TRIMMER v. HAGGERTY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William S. Trimmer against Carrie Haggerty. No opinion. Motion to dismiss appeal granted, with $10 costs.

TRUST CO. OF AMERICA v. STATE SAFE DEPOSIT CO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Trust Company of America, as trustee, etc., against the State Safe Deposit Company. C. A. Hansmann, for plaintiff. M. Stearns, for defendant. No opinion. Submission of controversy dismissed.

TSCHETINIAN, Respondent, v. CITY TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James Tschetinian against the City Trust Company of New York. No opinion. Motion denied, without costs.

UNION PAPER CO., Appellant, v. RAFFEL, Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Union Paper Company against Tobie E. Raffel. C. H. Williams, for appellant. C. A. Boston, for respondent. No opinion. Judgment affirmed, with costs.

UNVERZAGHT et al., Respondents, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. November